IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TERRY RUSSELL and LINDA RUSSELL, ) </br> ) </br> Plaintiffs, ) </br> ) </br> v. ) </br> ) </br> CITIMORTGAGE, INC., C T CORPORATION ) </br> SYSTEM, and FICTITIOUS DEFENDANTS ) </br> NO. 1 to 11, ) </br> ) </br> Defendants. ) | Civil No. 3:12-0418 </br> Judge Trauger |

## **O R D E R**

Defendant CitiMortgage, Inc. has filed a Motion to Dismiss For Failure to Prosecute (Docket No. 10), to which no timely response has been filed. The motion is **GRANTED**, and this case is **DISMISSED** in its entirety for the plaintiffs' failure to prosecute pursuant to Rule 41(b), FED. R. CIV. P. This Order shall constitute the judgment in this case.

It is so **ORDERED**.

ENTER this 28th day of August 2013.

							_____
							ALETA A. TRAUGER
							U.S. District Judge